IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00849-DDD-SKC

ZARAHA BARRY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## JOINT STATUS REPORT

    Plaintiff, Zaraha Barry, by and through her attorney Christopher W. Jeffress of Jeffress Law, P.C., and Defendant, State Farm Mutual Automobile Insurance Company, by and through its attorney, Michael Brooks, of Wells, Anderson, & Race, LLC, for their Joint Status Report, state as follows:

    The primary focus of this case is whether State Farm owes Plaintiff Medical Payments benefits pursuant to an insurance policy. Soon after entry of the Scheduling Order, Defendant filed a Motion for Summary Judgment [ECF #22]. That motion has been fully briefed [ECF #26, 27]. It is ripe for resolution.

1

In addition, the parties exchanged extensive disclosures providing claims correspondence and documents. Depending on the timing of the summary judgment motion's determination, further discovery may not be necessary. The discovery cut-off is May 13, 2024. There are no discovery disputes.

The parties have had several discussions regarding settlement. A ruling on the summary judgment motion would aid in future settlement discussions.

Respectfully submitted this 12th day of October 2023.

| JEFFRESS LAW, PC | WELLS, ANDERSON & RACE, LLC |
|---|---|
| s/ Gregori Csintalan | *s/ L. Michael Brooks, Jr.* |
| Christopher W. Jeffress | L. Michael Brooks, Jr., Esq. |
| Gregori Csintalan | 1700 Broadway, Suite 900 |
| 1790 38th Street, Suite 300 | Denver, CO 80290 |
| Boulder, CO 80301 | Telephone: (303) 830-1212 |
| Telephone: (303) 993-8685 | Email: mbrooks@warllc.com |
| Email: chris@jeffresslaw.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

# CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2023, I electronically filed the foregoing Joint Status Report with the Clerk of the United States District Court for the District of Colorado using the CM/ECF system, which will send notice of such filing to the persons who have filed appearances in this action, including all counsel of record:

Christopher W. Jeffress, Esq.
Gregori Csintalan, Esq.
JEFFRESS LAW, PC
1790 38th Street, Suite 300
Boulder, CO 80301
Telephone: (303) 993-8685
Emails: chris@jeffresslaw.com
greg@jeffresslaw.com
Attorneys for Plaintiff

*S/ Karen M. Zajac*

Karen M. Zajac, Legal Assistant